UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| NJOY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Victory Electronic Cigarettes Corporation, a Nevada corporation; Victory Electronic Cigarettes Inc., a Nevada corporation,<br><br>Defendants. | No. CV 13-2385-PHX-JAT<br><br>**ORDER** |

Upon Notice and Stipulation of the parties (Doc. 25) and for good cause appearing,

**IT IS ORDERED** that Plaintiff NJOY, Inc.'s Rule 16 request (Doc. 24) is deemed withdrawn.

**IT IS FURTHER ORDERED** that Plaintiff NJOY, Inc. has until Monday, April 28, 2014 to file its response to Defendants' Motion to Dismiss.

Dated this 17th day of March, 2014.

James A. Teilborg
Senior United States District Judge