1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF ARIZONA
8   NJOY, INC., a Delaware corporation,      No. CV 13-2385-PHX-JAT
9                                            **ORDER**
                           Plaintiff,
10
11          v.
12  Victory Electronic Cigarettes
    Corporation, a Nevada corporation;
13  Victory Electronic Cigarettes Inc., a
    Nevada corporation,
14
                           Defendants.
15
           Upon Stipulation of the parties (Doc. 29) and for good cause appearing,
16
           IT IS ORDERED that the deadline to file a response to the motion to dismiss is
17
    extended until Monday, May 19, 2014.
18
           Dated this 13th day of May, 2014.
19
20
21
22          _____
                            James A. Teilborg
23                    Senior United States District Judge
24
25
26